UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENEE DICKENS,

    Plaintiff,　　　　　　　　　　Civil Nos. 24-10547
　　　　　　　　　　　　　　　　　　　　　　　24-11358

v.　　　　　　　　　　　　　　　Honorable Terrence G. Berg
　　　　　　　　　　　　　　　　　Magistrate Judge Anthony P. Patti

LOUIS DEJOY, Postmaster General,

    Defendant.

## STIPULATED ORDER OF CONSOLIDATION

The parties, through their undersigned counsel, stipulate as follows:

Pursuant to the Federal Rules of Civil Procedure, if two actions before the Court involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issues in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a).

The cases before the Court involve common questions of law and fact. To promote convenience and judicial economy, and to avoid unnecessary costs and delay, the Court orders the consolidation of these separate cases. Accordingly,

IT IS ORDERED that Case No. 24-10547 is consolidated with Case No. 24-11358 for all purposes, including trial.

IT IS FURTHER ORDERED that all subsequent papers filed after the date of this order shall be entered on the lead case, Case No. 24-10547.

IT IS FURTHER ORDERED that Case No. 24-11358 is closed for administrative purposes.

|  |  |
|---|---|
| Dated: July 29, 2024 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>United States District Judge |

Stipulated to for entry by the Court by:

DAWN N. ISON
United States Attorney

| | |
|---|---|
| */s/ Eric I. Frankie* | */s/ Benjamin A. Anchill* |
| ERIC I. FRANKIE | BENJAMIN A. ANCHILL (P70968) |
| 535 Griswold, Suite 111-542 | Assistant United States Attorney |
| Detroit, MI 48226 | 211 W. Fort Street, Suite 2001 |
| (248) 219-9205 | Detroit, Michigan 48226 |
| ericfrankie26@yahoo.com | Office: (313) 226-9566 |
| | Email: Benjamin.anchill@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: July 26, 2024